Abate v Wolf (2023 NY Slip Op 04265)

Abate v Wolf

2023 NY Slip Op 04265

Decided on August 11, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, BANNISTER, AND OGDEN, JJ.

413 CA 22-01567

[*1]MELINDA B. ABATE, MATTHEW C. ABATE AND PETER TUBIOLO, PLAINTIFFS-RESPONDENTS,
v
ELIZABETH S. BLACK WOLF, ALSO KNOWN AS ELIZABETH BLACK, ET AL., DEFENDANTS, 1840 RESTAURANT, LLC, AND 1840 RESTAURANT, LLC, DOING BUSINESS AS COMPANE BRICK OVEN BISTRO, DEFENDANTS-APPELLANTS. (APPEAL NO. 2.) 

RUPP BAASE PFALZGRAF CUNNINGHAM LLC, ROCHESTER (MATTHEW A. LENHARD OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
FARACI LANGE, LLP, ROCHESTER (CAROL A. MCKENNA OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS MELINDA B. ABATE AND MATTHEW C. ABATE.
CAMPBELL & ASSOCIATES, HAMBURG (JASON M. TELAAK OF COUNSEL), FOR PLAINTIFF-RESPONDENT PETER TUBIOLO. 

 Appeal from an order of the Supreme Court, Monroe County (Craig J. Doran, J.), entered September 27, 2022. The order denied the motion of defendants 1840 Restaurant, LLC and 1840 Restaurant, LLC, doing business as Compane Brick Oven Bistro for an order bifurcating the trial with respect to the issues of liability and damages. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Abate v Black Wolf ([appeal No. 1] — AD3d — [Aug. 11, 2023] [4th Dept 2023]).
Entered: August 11, 2023
Ann Dillon Flynn
Clerk of the Court